No. 669. PEERLESS EQUIPMENT Co. v. W. H. MINER, INC. February 3, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit

688

denied. *Messrs. David P. Wolhaupter* and *Franklin M. Warden* for petitioner. *Mr. George I. Haight* for respondent.